Revised 7/2/2025

# CRIMINAL CASE COVER SHEET

By: [✓] INDICTMENT [ ] SUPERSEDING Case Number: 3:26-CR-__________
[ ] INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
[ ] RULE 20

USA V. ORENTHIAL D. BAILEY

[✓] Felony [ ] Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
[ ] Misdemeanor *(Not class A)* [ ] Petty Offense

Immigration Case

[ ] Defendant is being added to existing criminal case [ ] Zone A [ ] Zone B [ ] 11(c)(1)(C)
[ ] Charges/Counts Added

Name of Assigned AUSA: Alan S. Kirk

Matter Sealed: [ ] YES [✓] NO Place of Offense: Knox

[ ] Interpreter Required Language: ______________

Issue: [✓] WARRANT [ ] SUMMONS [ ] WRIT (Motion to be filed)

Arresting Agency: [ ] DEA [ ] ATF [ ] USMS [ ] FBI [✓] Other: THP

Current Trial Date (if any): ______________ before Judge McCook

[✓] Criminal Complaint Filed Case Number: 3:26-MJ-1307

[ ] Defendant on Supervised Release Case Number: ______________

Related Case/Attorney:

Case Number ______________ Attorney ______________

Reason for Related Case Determination ______________

Defense Counsel (if any): G. Nicholas Wallace

[✓] Federal Defender [ ] CJA [ ] Retained

Appointed by Target Letter Case Number: ______________
Appointed in Pending Indictment Case Number: ______________

CHARGES: Total # of Counts for this Defendant 1

Attorney Signature [signature]

# CRIMINAL CASE COVER SHEET

Case Number: 3:26-CR-________

USA v. ORENTHIAL D. BAILEY

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Possession with intent to distribute 5 kilograms or more of cocaine | N | | |