# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

United States of America

V.

Orenthial Dejon Bailey

## EXHIBIT AND WITNESS LIST

Case Number: 3:26-CR-72

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jill E. McCook, U.S. Magistrate Judge | Alan Kirk | Nicholas Wallace |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/18/2026 | DCR | Marian Billingsley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/11/2026 | Y | Y | Photograph (bricks of cocaine, gold wrapped) |
| 2 | | 6/11/2026 | Y | Y | Photograph (bricks of cocaine, wrapped in silver duct tape) |
| 3 | | 6/11/2026 | Y | Y | Photograph (salute to cocaine) |
| | 4 | 6/11/2026 | Y | Y | Letters |
| | 5 | 6/11/2026 | Y | Y | Business Records |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.